**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

07 SEP 13 PM 4: 32

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

Case No.: 8:07-Cr- 00369-T-26TBM
46 U.S.C. §§ 70503(a), 70506(a) and (b)
21 U.S.C. 853(p) - forfeiture

GABRIEL AGUIRRE-CUERO,
ALEXANDER CONGO-ANGULO,
HUVER ESTUPINAN-GONZALEZ, and
CARLOS ALBERTO VALENCIA-GARCES

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From an unknown date, through on or about September 8, 2007, with the Middle District of Florida being the place at which the defendants will enter and entered the United States, the defendants,

GABRIEL AGUIRRE-CUERO,
ALEXANDER CONGO-ANGULO,
HUVER ESTUPINAN-GONZALEZ,
and
CARLOS ALBERTO VALENCIA-GARCES,

while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully, combine, conspire and agree together and with other persons both known and unknown to the Grand Jury, to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 46, United States Code, Sections 70503(a) and 70506(a).

All in violation of Title 46, United States Code, Section 70506(b) and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

From an unknown date, through on or about September 8, 2007, with the Middle District of Florida being the place at which the defendants will enter and entered the United States, the defendants,

GABRIEL AGUIRRE-CUERO,
ALEXANDER CONGO-ANGULO,
HUVER ESTUPINAN-GONZALEZ,
and
CARLOS ALBERTO VALENCIA-GARCES,

while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 46, United States Code, Sections 70503(a) and 70506(a), Title 18, United States Code, Section 2 and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures

pursuant to the provisions of Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, the defendants,

> GABRIEL AGUIRRE-CUERO,
> ALEXANDER CONGO-ANGULO,
> HUVER ESTUPINAN-GONZALEZ,
> and
> CARLOS ALBERTO VALENCIA-GARCES,

shall forfeit to the United States of America, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission act or omission of the defendants:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON

JAMES R. KLINDT
Acting United States Attorney

By: _____
JEFFREY S. DOWNING
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GABRIEL AGUIRRE-CUERO,
ALEXANDER CONGO-ANGULO,
HUVER ESTUPINAN-GONZALEZ, and
CARLOS ALBERTO VALENCIA-GARCES

## INDICTMENT

Violations:
Title 46 U.S.C. §§ 70503(a), 70506(a) and (b)
Title 18, U.S.C. § 2
Title 21, U.S.C. § 853(p) - Forfeiture
Title 28, U.S.C. § 2461(c) - Forfeiture

A true bill,

_David B. Plaza_
Foreperson

Filed in open court this 13th day of September, A.D. 2007.

_____
Clerk

Bail $ _____

FILED

07 SEP 13 PM 4: 32

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GPO 863 525