# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 8:07-cr-369-T-26TBM |
| | USM Number: 49665-018 |
| GABRIEL AGUIRRE-CUERO | Defendant's Attorney: Tamara Theiss, AFPD |

**THE DEFENDANT:** admitted guilt to violation of charge number One of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Manufacturing and distributing; and possessing with intent to manufacturing and distribute cocaine, while aboard a vessel subject tot he jurisdiction of the United States | February 19, 2015 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentencing: January 5, 2018

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE
Date: January 5, 2018

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (30) MONTHS** to run consecutively with defendant's term of imprisonment already imposed or yet to be imposed in Docket Number 1:15-cr-125-001(PKC), United States District Court, Southern District of New York, with no supervised release to follow.

X  The Court makes the following recommendations to the Bureau of Prisons:
  (1) Confinement in a facility that can address all of the defendant's medical problems.
  (2) Receive English classes for Spanish speakers to obtain his GED.
  (3) The defendant was paroled into the United States for prosecution. It is recommended that he be allowed to participate in the Unicor program if available.


X  The defendant is remanded to the custody of the United States Marshal.


## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL